UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ABC,

                        Plaintiff(s)

          -against-

DEF,

                    Defendant(s).
-------------------------------------------------------------X

26 mc 129 (JGK)

**ORDER**

The Clerk is directed to close this case.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      May 14, 2026